207

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co., W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claim of the plaintiffs was sustained.

**No. 59199.**—H. George Caspari, Inc. *v.* United States, protest 249441–K (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is similar in all material respects to the paper napkins the subject of *Wesley & Winter, Inc.* v. *United States* (32 Cust. Ct. 24, C. D. 1575).   Upon the agreed statement of facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under paragraph 1413, as modified, *supra*.

**No. 59200.**—H. George Caspari, Inc. *v.* United States, protest 253023–K (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is similar in all material respects to the paper napkins the subject of *Wesley & Winter, Inc.* v. *United States* (32 Cust. Ct. 24, C. D. 1575).   Upon the agreed statement of facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under paragraph 1413, as modified, *supra.*

**No. 59201.**—Charles F. Hubbs & Co. *v.* United States, protest 252696–K (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as the toilet paper in rolls the subject of Abstract 58131, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 29, 1955

**No. 59202.**—A. N. Deringer, Inc. *v.* United States, protests 175544–K, etc. (Ogdensburg).